# IN THE SUPREME COURT OF THE STATE OF NEVADA

TIMOTHY TAYLOR,
                    Appellant,

vs.

JO GENTRY, WARDEN,
                    Respondent.

No. 79967

FILED

DEC 0 9 2019

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

Appellant's notice of appeal appears to challenge purported decisions of the "Petition for Writ of Habeas Corpus" filed on May 10, 2019, and the "Writ of Mandamus" filed on August 30, 2019. Review of the documents before this court does not indicate that any decision had been entered when appellant filed his appeal on October 17, 2019. Thus, this appeal is premature. *See* NRS 177.015(3). To the extent that appellant appeals from the decision and order entered on April 26, 2018, the notice of appeal was untimely filed. *Lozada v. State,* 110 Nev. 349, 871 P.2d 944 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

19-49758

cc: Hon. Tierra Danielle Jones, District Judge
Timothy Taylor
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A